IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REVEREND WESLEY CARROLL,                )
                                        )
         Plaintiff,                     )
                                        )
    v.                                  )   Civil Action No. 08-330
                                        )   Judge Arthur J. Schwab/
PENNSYLVANIA SCI WAYMART;               )   Magistrate Judge Amy Reynolds Hay
DEPARTMENT OF CORRECTIONS;              )
SECRETARY BEARD; CO FISHER;             )
CO GAUL; LAURA BANTA;                   )
LT. J. SCHARIEST; CAPTAIN JOHN          )
DOE; JOHN DOE, Captain Shift            )
Commander; FRAN BOMBA;                  )
MS. ONDASH; MS. SOLOMON; MAJOR          )
EDWARD KOSCIUK; JERRY WALSH;            )
JOSEPH GRILLO; MS. PALMER               )
(F-1 Counselor); CINDY G. WATSON;       )
and others to be mentioned later,       )
                                        )
         Defendants.                    )

## ORDER

AND NOW, this 1st day of May, 2008, after the Plaintiff, Reverend Wesley Carroll, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the plaintiff until April 28, 2008 to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that this case is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

ARTHUR J. SCHWAB
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Wesley Carroll
GE-8666
SCI Waymart
Post Office Box 256
Waymart, PA 18472-0256